2021R00092/SDG

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Crim. No. 21-382 (SRC) |
| ABDUL OUTLAW | : | 18 U.S.C. § 922(g)(1) |

## INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

### COUNT ONE
(Possession of a Firearm and Ammunition by a Convicted Felon)

On or about December 31, 2020, in Essex County, in the District of New Jersey and elsewhere, the defendant,

**ABDUL OUTLAW,**

knowing that he had previously been convicted of at least one crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, namely a Davis Industries, model P380, .380 caliber semiautomatic pistol, bearing partially restored serial number AP*****5, loaded with three (3) rounds of .380 caliber ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

1. As a result of committing the firearm offense in violation of 18 U.S.C. § 922(g)(1), as charged in this Indictment, the defendant,

**ABDUL OUTLAW,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the commission of such offense, including but not limited to:

(1) One Davis Industries, model P380, .380 caliber semiautomatic pistol, bearing partially restored serial number AP*****5; and

(2) Three (3) rounds of .380 caliber ammunition.

### Substitute Assets Provision

2. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

A TRUE BILL

_____
FOREPERSON

*Rachael A. Honig*
RACHAEL A. HONIG
Acting United States Attorney

CASE NUMBER: 21-382 (SRC)

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

ABDUL OUTLAW

## INDICTMENT FOR

18 U.S.C. § 922(g)(1)

A True Bill,

Foreperson

**RACHAEL A. HONIG**
*ACTING UNITED STATES ATTORNEY*
*FOR THE DISTRICT OF NEW JERSEY*

Shontae D. Gray
Assistant U.S. Attorney
Newark, NJ
973-297-2071